The decision of the United States District Court for the District of Kansas is AFFIRMED.

## UNITED STATES of America, Plaintiff–Appellant,

### v.

## FOUR PARCELS OF REAL PROPERTY IN GREENE AND TUSCALOOSA COUNTIES IN THE STATE OF ALABAMA, etc.; J.C. Pate, Jr.; Rita Pate; et al., Defendants,

**Donald K. Daniel, Claimant–Appellee.**

No. 89–7061.

United States Court of Appeals, Eleventh Circuit.

April 23, 1990.

Frank W. Donaldson, U.S. Atty., James D. Ingram, Birmingham, Ala., for plaintiff-appellant.

John W. Kelly, Sikes & Kelly, Selma, Ala., for claimant-appellee.

## ON SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, and COX, Circuit Judges.[*]

### BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc *with* oral argument during the week of October 8, 1990, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.